FILED
CLERK, U.S. DISTRICT COURT
OCT 14 2026
rec
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

VICTOR AHAIWE

Defendant.

5:26-MJ-733

ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ( ) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

• FAILURE TO COOPERATE WITH PROBATION OFFICERS

• EXHIBITED DANGEROUS CONDUCT WHEN ARRESTED, EXTREMELY UNCOOPERATIVE AND PHYSICALLY RESISTANT REQUIRING NUMEROUS OFFICERS TO RESTRAIN AND SECURE DEFENDANT.

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

________________________________________

________________________________________

________________________________________

________________________________________

IT IS ORDERED that defendant be detained.

DATED: 10/14/26

[signature]

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE